UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

v.                                    Case No. 3:05-cr-272-J-33TEM

EDUARDO IRVIN
_____/

ORDER

This matter comes before the Court sua sponte. In an Order issued on June 19, 2006, this Court addressed Defendant's Notice of Appeal Pursuant to Federal Rule of Appellate Procedure 3(a) and 4(a) (Doc. # 43), which was filed on May 11, 2006 and Defendant's Motion to Appeal In Forma Pauperis (Doc. # 46), which was filed on June 1, 2006. The Court's June 19, 2006, Order denied without prejudice the motion to appeal in forma pauperis and provided eleven days for Defendant to submit an amended motion to appeal in forma pauperis.

On June 23, 2006, Defendant sent a letter to the Clerk of the Court explaining that he improperly utilized forms used in immigration proceedings, rather than criminal proceedings, and requested that the Court furnish the proper forms for Defendant to move to appeal in forma pauperis. The letter has not been filed in the public record.

The Court directs the Clerk to file the June 23, 2006, letter from Defendant in the public record and further directs the Clerk to furnish to Defendant the proper forms for moving to appeal in

forma pauperis.

Within ten days of the date of this Order, Defendant shall file, using the appropriate forms furnished by the Court, an amended motion to appeal in forma pauperis.

In addition, it should be noted that on July 5, 2006, Defendant filed his "Amended Notice of Appeal Pursuant to Fed. R. APP. Procedure Rule 3(a) and (a)" (Doc. # 49).  Defendant attached to his amended notice of appeal a sealed document, Defendant's PSI report.  The Clerk is directed to return the noted PSI report to Defendant.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The Clerk is directed to file on the record Defendant's letter to the Clerk, which was received by the Court on June 23, 2006.

(2) The Clerk is directed to furnish Defendant with the proper forms for filing a motion to appeal in forma pauperis.

(3) Within ten days of the date of this Order, Defendant shall file, using the appropriate forms furnished by the Court, an amended motion to appeal in forma pauperis.

(4) The Clerk is directed to return to Defendant the sealed PSI

report, currently attached to (Doc. # 49), filed on July 5, 2006.

**DONE** and **ORDERED** in Chambers in Jacksonville, Florida, this <u>11th</u> day of July, 2006.

                                      VIRGINIA M. HERNANDEZ COVINGTON
                                      UNITED STATES DISTRICT JUDGE

Copies to:

All counsel of record

Defendant

USCA